COMMONWEALTH of Pennsylvania, Respondent

v.

Charmaine PFENDER, Petitioner

No. 218 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Richard B. SANDOW, Esq., John P. Corcoran, Jr., Esq., and Michael A. Carr, Esq. t/d/b/a Jones, Gregg, Creehan, & Gerace, LLP, Respondents

v.

Richard C. HVIZDAK, Petitioner

No. 217 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Gregory LUSTER, Petitioner

No. 232 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.